# Notice Recipients

District/Off: 0970−2  User: giffords  Date Created: 9/10/2019
Case: 2:19−bk−11453−MCW  Form ID: ntcdef  Total: 4

**Recipients of Notice of Electronic Filing:**
tr      ROGER W. BROWN      rogerbrowntrustee@live.com
aty      BENJAMIN ALLEN SKINNER      notices@taylorskinner.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      JEFFREY DOUGLAS HUNT      1757 EAST HALE STREET      MESA, AZ 85203−3914
jdb      MINDY JANE HUNT      1757 EAST HALE STREET      MESA, AZ 85203−3914

TOTAL: 2