**TAYLOR SKINNER, LLC**
WILFORD L. TAYLOR – STATE BAR # 005958
BRIAN C. TAYLOR – STATE BAR #023842
BENJAMIN A. SKINNER – STATE BAR #023563
7233 E. BASELINE ROAD, SUITE 117
MESA, ARIZONA 85209
TELEPHONE NO. (480) 985-4445
E-MAIL: notices@taylorskinner.com

Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JEFFREY DOUGLAS HUNT,<br><br>and<br><br>MINDY JANE HUNT,<br><br>Debtors.<br><hr>AMERIHOME MORTGAGE COMPANY, LLC,<br><br>Movant,<br><br>vs.<br><br>JEFFREY DOUGLAS HUNT dba JEFF HUNT BAND, LLC dba TORNADIC, LLC and MINDY JANE HUNT, Debtors; ROGER W. BROWN, Trustee,<br><br>Respondents. | Chapter 7 Proceedings<br><br>Case No.: 2:19-bk-11453-MCW<br><br>**DEBTORS' RENEWED OBJECTION TO MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY**<br><br>Re: Real Property located at 1757 East Hale Street Mesa, Arizona, 85203 |

COMES NOW, Debtors Jeffrey Douglas Hunt and Mindy Jane Hunt, by and through counsel undersigned, and hereby file this Renewed Objection to Movant's Motion to Life the Automatic Bankruptcy Stay in connection with the Amended Notice of Motion for Relief from Stay filed by Movant. This objection is supported by the attached Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

On or about September 9, 2019, Debtor filed for bankruptcy relief under chapter 7.

As previously outlined in its Objection to the Motion for Relief from Stay, Debtor and Joint Debtor did not receive a copy of the filed Motion for Relief from Stay nor Notice of Motion for Relief from Stay purportedly mailed on October 25, 2019, which resulted in failed service.

In its Amended Notice of Filing Motion for Relief from the Automatic Stay and Requirement to File, Movant again states that the Notice and Motion were mailed on October 25, 2019 which statement is improper as those documents mailed on October 25, 2019, as outlined in Debtors original Objection to Motion for Relief from Stay, did not in fact pertain to this case.

To date, the documents purported to have been mailed on October 25, 2019, have not been received by Debtor, Joint Debtor, nor counsel therefore service continues to fail.

Debtor does not dispute Movant holds a lien on the property identified as 1757 East Hale Street, Mesa, Arizona 85203 (the "Property").

Debtors are actively working to raise the necessary funds to cure the default along with all late fees penalties and interest. In addition, Debtors are currently seeking a loan modification to address the arrearages. In either alternative, Debtors are in need of additional time to cure the arrearages or to cure the default through a loan modification.

Therefore, Debtors respectfully request this Court deny the Motion to Lift the Automatic Bankruptcy Stay.

DATED this 3rd day of December 2019.

TAYLOR SKINNER, LLC


/s/Benjamin A. Skinner, 023563
Attorneys for Debtors

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | ORIGINAL of the foregoing filed via ECF |
| 3 | this 3rd day of December 2019 |
| 4 | COPY of the foregoing mailed via regular mail this 3rd day of December 2019 to: |
| 5 | |
| 6 | Office of the U.S. Trustee<br>230 North First Avenue, Suite 204 |
| 7 | Phoenix, AZ 85003<br>ustpregion14.px.ecf@usdoj.gov |
| 8 | *U.S. Trustee* |
| 9 | Roger W. Brown |
| 10 | P.O. Box 32967<br>Phoenix, AZ 85064-2967 |
| 11 | 602-274-4231<br>rogerbrowntrustee@live.com |
| 12 | *Trustee* |
| 13 | Leonard J. Mcdonald, Jr. |
| 14 | Tiffany & Bosco, P.A.<br>Seventh Floor Camelback Esplanade Ii |
| 15 | 2525 E. Camelback Road<br>Phoenix, AZ 85016 |
| 16 | ecf@tblaw.com<br>*Attorney for AmeriHome Mortgage Company, LLC* |
| 17 | |
| 18 | /s/Celeste Hofeling |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |